﻿Citation Nr: AXXXXXXXX
Decision Date: 11/29/19 Archive Date: 11/29/19

DOCKET NO. 180914-370
DATE: November 29, 2019

ORDER

As new and relevant evidence has been received, the claim of entitlement to service connection for posttraumatic stress disorder (PTSD) is reopened. 

Entitlement to service connection for PTSD is granted. 

FINDINGS OF FACT

1. Rating decisions dated in September 2013 and November 2013 determined that new and material evidence had been received to reopen the claim of service connection for PTSD and denied the claim on the merits. The Veteran subsequently elected to participate in the Rapid Appeals Modernization Program (RAMP); withdrew her appeal from the September 2013 and November 2013 rating decisions; and the rating decisions became final. 

2. The additional evidence received since the September 2013 and November 2013 rating decisions that denied service connection for PTSD is new and relevant. 

3. PTSD was initially diagnosed during active service. 

CONCLUSIONS OF LAW

1. The September 2013 and November 2013 rating decisions that denied service connection for PTSD are final. 38 U.S.C. § 7105; 38 C.F.R. § 20.1103. 

2. New and relevant evidence to reopen the claim for service connection for PTSD has been presented. 38 U.S.C. §§ 101(35), 5108. 

3. The criteria for service connection for PTSD have been met. 38 U.S.C. §§ 1110, 5107; 38 C.F.R. § 3.102. 

REASONS AND BASES FOR FINDINGS AND CONCLUSIONS

The Veteran had active service from February 2000 to May 2000; from January 2004 to June 2004; and from June 2005 to June 2011. She served in Iraq and Afghanistan. 

The Veteran was scheduled for an April 9, 2019 hearing before a Veterans Law Judge. The hearing was subsequently cancelled. 

Application to Reopen a Claim of Service Connection for PTSD

If new and relevant evidence is presented or secured with respect to a supplemental claim, the Department of Veterans Affairs (VA) shall readjudicate the claim taking into consideration all of the evidence of record. 38 U.S.C. § 5108. New evidence means existing evidence not previously submitted to VA. Relevant evidence means evidence that tends to prove or disprove a matter in issue. 38 U.S.C. §§ 101 (35). 

In October 2012, the Agency of Original Jurisdiction denied service connection for PTSD. The Veteran was informed of the decision and her appellate rights. She did not submit a notice of disagreement and the October 2012 rating decision became final. 

The evidence considered by VA in reaching the October 2012 rating decision included service medical and personnel records, VA examination and clinical records, and written statements from the Veteran and her family. The service medical records reflect that the Veteran was initially diagnosed with PTSD by military medical personnel in April 2011. 

The Veteran subsequently sought to reopen the claim of entitlement to service connection for PTSD. In September 2013 and November 2013 rating decisions, the Agency of Original Jurisdiction determined that new and material evidence had been received to reopen the claim for service connection for PTSD and denied the claim on the merits. The Veteran subsequently elected to participate in RAMP withdrew her appeal from the September 2013 and November 2013 rating decisions; and the rating decisions are final. 

The additional documentation considered by VA in reaching the September 2013 and November 2013 rating decisions included VA examination and clinical documentation, private clinical documentation, and written statements from the Veteran. VA clinical documentation dated in September 2013 states that the Veteran was diagnosed with chronic PTSD. 

The additional evidence received since the September 2013 and November 2013 rating decisions includes VA examination and clinical documentation, private clinical documentation, and written statements from the Veteran. VA clinical documentation dated in September 2016 states that the Veteran “carries diagnoses of bipolar disorder and PTSD.” 

The Board of Veterans’ Appeals (Board) finds the September 2016 VA treatment record is of such significance that it raises a reasonable possibility of substantiating the claim for service connection for PTSD. As new and relevant evidence has been received, the claim of entitlement to service connection for PTSD is reopened. 

Service Connection for PTSD

Service connection may be established for disability arising from disease or injury incurred in or aggravated by active service. 38 U.S.C. § 1110. 

The service medical records shows that the Veteran was initially diagnosed with PTSD by military medical personnel. VA clinical documentation dated in April 2019 states that the Veteran had been diagnosed with and treated for PTSD on an ongoing basis. 

An October 2019 statement from a VA staff psychiatrist diagnosed PTSD and bipolar affective disorder. The psychiatrist related the PTSD to the Veteran’s deployments in Iraq and Afghanistan. The examiner noted a diagnosis of PTSD in 2006 while on active duty.

Accordingly, the Board concludes that service connection is warranted for PTSD as the evidence shows it was incurred in service. 38 U.S.C. § 5107; 38 C.F.R. § 3.102.

 

 

Harvey P. Roberts

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board J. T. Hutcheson, Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential, and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.